# WINSTON LEE
## ATTORNEY AT LAW
### 20 VESEY STREET ~ SUITE 400
### NEW YORK, NEW YORK 10007



Tel. (212)267-1911
Fax. (212)964-2926

May 23, 2008

By Fax

The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

MAY 2 8 2008

United States v. Langhorne Carter Rorer II
07 Cr. 1125 (GOD)

Dear Judge Daniels:

I write as counsel for Mr. Langhorne Carter Rorer II, a defendant in the above-referenced case, to request a modification of his bail conditions.

Specifically, I respectfully request that the 9 p.m. curfew currently in place be lifted. All other conditions of defendant's release shall remain the same.

Tanyita Ruley, Pretrial Services Officer in Greenbelt, Maryland, who directly supervises defendant, advises me that defendant has been satisfactorily complying with all the conditions of his release.

Officer Ruley, as well as Assistant U.S. Attorney Arlo Devlin-Brown, and Dennis Khilkevich, Pretrial Services Officer in the Southern District of New York, all consent to the lifting of defendant's curfew.

If the Court grants this application, I respectfully request that it indicate so by its endorsement upon this letter.

Respectfully submitted,

WINSTON LEE

Honorable George B. Daniels
May 23, 2008
Page (2) Two

cc:  Arlo Devlin-Brown, Esq.
     AUSA, SDNY

     Dennis Khilkevich
     Pretrial Services Officer
     SDNY

     Tanyita Ruley
     Pretrial Services Officer
     Greenbelt, Maryland

     **(All by e-mail only)**