**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET – SUITE 400**
**NEW YORK, NEW YORK 10007**

—

Tel. (212)267-1911
Fax. (212)964-2926

**SO ORDERED**

*George B. Daniel*

**HON. GEORGE B. DANIELS**

June 27, 2008

By Fax
The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        United States v. Langhorne Carter Rorer II
        07 Cr. 1125 (GBD)

Dear Judge Daniels:

    I write as counsel for the defendant Mr. Langhorne Carter Rorer II, to request a temporary modification of his bail conditions.

    Specifically, defendant respectfully requests permission to travel from his residence in Bethesda, Maryland, to pay a social visit to his girlfriend, Ms. Nora Milligan, at 25 Lee Avenue, Patchogue, New York, 11772, telephone no. (631)796-0597.

    Defendant will travel by train, departing from his residence on the morning of July 3, 2008 and returning on the evening of July 6, 2008. Defendant will be staying at the aforesaid residence of his girlfriend during the entire time of his visit.

    Ms. Tanyita Ruley, Pretrial Services Officer in Greenbelt, Maryland, advises me that defendant has been satisfactorily complying with all the conditions of his release.

    Officer Ruley, as well as Assistant U.S. Attorney Arlo Devlin-Brown and Mr. Dennis Khilkevich, Pretrial Services Officer in the Southern District of New York, all have no objection to this request.

    If the Court grants this request, I respectfully ask that it indicate so by its endorsement upon this letter.

                                 Respectfully submitted,

                                 *Winston Lee*
                                 WINSTON LEE

Saturday, June 28, 2008 4:40 PM    Winston Lee, Esq. 1-212-984-2926    p.03

Case 1:07-cr-01125-GBD    Document 58    Filed 07/02/2008    Page 2 of 2

Honorable George B. Daniels
June 27, 2008
Page (2) Two


cc:    Arlo Devlin-Brown, Esq.
       AUSA, SDNY

       Dennis Knilkevich
       Pretrial Services Officer
       SDNY

       Tanyita Ruley
       Pretrial Services Officer
       Greenbelt, Maryland

       Mr. Langhorne Carter Rorer II
       Defendant

**(All by e-mail only)**