**WINSTON LEE
ATTORNEY AT LAW
20 VESEY STREET ~ SUITE 400
NEW YORK, NEW YORK 10007**

Tel. (212)267-1911
Fax. (212)964-2926

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008

July 29, 2008

**SO ORDERED**

/s/ George B. Daniels
HON. GEORGE B. DANIELS
JUL 3 0 2008

By Fax

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    United States v. Langhorne Carter Rorer II
    07 Cr. 1125 (GBD)

Dear Judge Daniels:

  I write, with the consent of the Government, to respectfully request an adjournment of Mr. Rorer's sentencing, currently scheduled for July 31, 2008.

  On July 23, 2008, defendant's mother suffered a heart attack and was hospitalized.

  Consequently, Mr. Rorer is requesting an adjournment so he can continue making arrangements for his mother's medical treatment and long term care.

  If an adjournment is granted, Your Honor's Law Clerk, Ms. Rahael Seifu, advises me that August 20, 2008 at 9:45 a.m. is convenient for the Court.

            Respectfully submitted,

            /s/ Winston Lee
            WINSTON LEE

Honorable George B. Daniels
July 29, 2008
Page (2) Two


cc: Arlo Devlin-Brown, Esq.
    AUSA, SDNY

    Dernis Khilkevich
    Pretrial Services Officer
    SDNY

    Tanyita Ruley
    Pretrial Services Officer
    Greenbelt, Maryland

    **(All by e-mail only)**